♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/8/2007 |
| NAME OF SERVER *(PRINT)* NINEL YERMASH | TITLE PARALEGAL/LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served vial Certified Mail Return Receipt Requested, CMR #7002 0510 0002 0248 9190. Served upon Atorney General US Department of Justice, 950 Pennsylvania NW, Washington, DC 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/14/2007___    _____
                    Date                                   Signature of Server

18 East 41st Street, Suite 1500, New York, NY 10017
Address of Server

ROXANNA MORA
Commissioner of Deeds
City of New York
No. 2-12218
Commission Expires April 1, 2009

Sworn before me this 14th day of August, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

