≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  8/7/2007 |
| NAME OF SERVER (PRINT)  ELISA ESPINAL | TITLE  LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK, CIVIL DIVISION, 86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/7/2007___   _[signature]_ Elisa Espinal
           Date             Signature of Server

18 East 41st Street, Suite 1500, NY, NY 10017
Address of Server

_[signature]_ Roxanna Mora
ROXANNA MORA
Commissioner of Deeds
City of New York
No. 2-12218
Commission Expires April 1, 2009

Sworn before me this 7th day of August, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.