UNITED STATES DISTRICT COURT

___Southern___   District of   ___New York___

JAMES SCARBOUGH and CHRISTINE SCARBOUGH

SUMMONS IN A CIVIL ACTION

V.

UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, GABRIEL ZATLIN, MD, THE INSTITUTE FOR URBAN FAMILY HEALTH, INC. and SIDNEY HILLMAN FAMILY PRACTICE

CASE NUMBER: 07 CV 6695

JUDGE BAER

TO: (Name and address of Defendant)
UNITED STATES OF AMERICA, 500 Pearl Street, New York, New York 10007
DEPARTMENT OF HEALTH AND HUMAN SERVICES, 330 Independence Avenue, SW, Room 4760, Wilbur J. Cohen Federal Building, Washington DC 20201
GABRIEL ZATLIN, MD, c/o Sidney Hillman Family Practice, 16 East 16th Street, New York, NY 10003
THE INSTITUTE FOR URBAN FAMILY HEALTH, 16 East 16th Street, New York, NY 10003
SIDNEY HILLMAN FAMILY PRACTICE, 16 East 16th Street, New York, NY 10003

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEYS (name and address)

HERMAN M. GOLDBERG & ASSOSICATES, LLC
18 East 41st Street, Suite 1500
New York, NY 10017
212-684-4878

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**          JUL 2 5 2007

CLERK                            DATE

(BY) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/8/2007 |
| NAME OF SERVER *(PRINT)* NINEL YERMASH | TITLE PARALEGAL/LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
　Served via Certified Mail Return Receipt Requested, CMR# 7002 0510 0002 0248 9206. Served upon General Counsel Department of HHS, 200 Independence Ave. SW, Washington, DC 20201.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　8/14/2007
　　　　　　　Date

Signature of Server

Address of Server: 18 East 41st Street, Suite 1500, New York, NY 10017

ROXANNA MORA
Commissioner of Deeds
City of New York
No. 2-12218
Commission Expires April 1, 2009

Sworn before me this 14th day of August, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 7002 0510 0002 0248 9206
Status: **Delivered**

Your item was delivered at 7:42 AM on August 13, 2007 in WASHINGTON, DC 20201.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

