ORIGINAL
KATZ, M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
JAMES SCARBOUGH, CHRISTINE
SCARBOUGH,

             Plaintiffs,

      v.

UNITED STATES OF AMERICA,
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, GABRIEL ZATLIN, MD, THE
INSTITUTE FOR URBAN FAMILY HEALTH
INC. and SIDNEY HILLMAN FAMILY
PRACTICE,

             Defendants.
--------------------------------------------------------------- x

**ECF CASE**

**STIPULATION AND PROPOSED**
**ORDER OF PARTIAL DISMISSAL**

07 Civ. 6695 (HB) (THK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs James

Scarbough and Christine Scarbough and Defendants United States of America, Department of

Health and Human Services, Gabriel Zatlin, M.D., The Institute for Urban Family Health Inc.,

and Sidney Hillman Family Practice, by their respective counsel, as follows:

1.  Pursuant to 28 U.S.C. § 2679(b)(1) and Federal Rule of Civil Procedure 41(a)(2),

Plaintiff's claims against the Department of Health and Human Services, Gabriel Zatlin, M.D.,

The Institute for Urban Family Health, Inc., and Sidney Hillman Family Practice are dismissed

with prejudice and without costs or attorneys' fees to any party;

2. All future pleadings and papers filed in this action shall reflect the following amended caption: "James Scarbough and Christine Scarbough, Plaintiffs, v. United States of America, Defendant."

Dated: New York, New York
~~November  ,2007~~
*February 7, 2008*

By: _____

HERMAN M. GOLDBERG & ASSOCIATES
Attorney for Plaintiffs

Jeffrey J. Shapiro, Esq.
18 East 41st Street, Suite 1500
New York, NY  10017
(212) 684-4878

Dated: New York, New York
November **26**, 2007

By: _____

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007
(212) 637-2718

SO ORDERED.

Dated: New York, New York
~~November  ,2007~~ *Feb. 14, 2008*

_____
Hon. Theodore H. Katz
United States Magistrate Judge

2