UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES SCARBOUGH, CHRISTINE
SCARBOUGH,

                 Plaintiffs,

        v.

UNITED STATES OF AMERICA,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

07 Civ. 6695 (THK)

**SCHEDULING ORDER**

     The parties having consented to proceed before this Court for all purposes, including trial, pursuant to 28 U.S.C. § 636(c); and the parties having participated in an initial pretrial conference with the Court to discuss the proposed pretrial discovery in this matter; and the parties having requested a two-month extension of the time in which to complete fact discovery; it is hereby

ORDERED:

     1. All discovery deadlines contained in the Court's October 25, 2007, scheduling order are hereby extended by thirty days;

     2. The other conditions imposed by the Court's October 25, 2007, scheduling order shall remain in effect.

     SO ORDERED.

                            _____
                            THEODORE H. KATZ
                            United States Magistrate Judge

Dated: April / /2008
       New York, New York