

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, N.Y. 10007

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

July 31, 2008

VIA FACSIMILE
Hon. Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

RECEIVED
AUG - 1 2008
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

        Re:    Scarbough v. United States,
                 07 Civ. 6695 (HB) (THK)

Dear Judge Katz:

      I write on behalf of the parties to update the Court on the status of discovery in the above-referenced case. After the parties exchanged expert reports and the cutoff for completion of discovery approached, the parties began preliminary discussions regarding the possibility of settling this case without having to incur the expenses associated with expert depositions. After a series of discussions, the parties were unable to reach an agreement, and have determined that depositions of the experts should proceed. The parties therefore respectfully request thirty days to complete discovery, including the depositions of the experts.

      By order dated May 16, 2008, Your Honor ordered the parties to complete discovery by July 20, 2008, and this request for an extension is therefore being made <u>nunc pro tunc</u>. I apologize for not making this request prior to the expiration of the deadline, as I had been under the mistaken impression that the cutoff had been set for the end of July. This is the parties' second request for a discovery extension, as the Court previously extended the deadline from June 20 to July 20.

*All expert discovery shall be completed by September 2, 2008.*

**SO ORDERED**

8/1/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

The parties thank the Court for its consideration of this request.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York

By:     _____
               DAVID BOBER
               Assistant United States Attorney
               (212) 637-2718

cc:    Jeffrey Shapiro, Esq. (via pdf email attachment)